UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 18-cr-00227 |
| VERSUS | JUDGE FOOTE |
| DEMYIA S PORTER (01)<br>NAQUITA N GRAVES (02) | MAGISTRATE JUDGE HORNSBY |

# ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that the Motions to Suppress (Docs. 32 and 33) are denied.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 29th day of January, 2019.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE